FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08CR 1953 BEN |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| ENRIQUE CARRANZA-BUSTAMANTE, aka Johny Macias Diaz, | |
| Defendant. | |

The United States Attorney charges:

On or about May 15, 2008, within the Southern District of California, defendant ENRIQUE CARRANZA-BUSTAMANTE, did willfully and knowingly use passport number 306524556, issued under the authority of the United States, to Johny Macias Diaz, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: June 12, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

MICHELLE M. PETTIT
Assistant U.S. Attorney

MMP:pcf
5/28/08