

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ENRIQUE CARRANZA-BUSTAMANTE, aka Johny Macias Diaz, | CASE NUMBER: 08CR1953-BEN |

I, ENRIQUE CARRANZA-BUSTAMANTE aka Johny Macias Diaz, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Enrique Carranza_
ENRIQUE CARRANZA-BUSTAMANTE
Defendant

_Jennifer Coon_
JENNIFER L. COON
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JUN 1 2 2008